## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EVERY RICHARDSON,**                                                        **PLAINTIFF**
**ADC #139311**

**V.**                              **CASE NO. 5:17-CV-335-JM-BD**

**WENDY KELLEY and**
**RORY GRIFFIN**                                                             **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (docket entry #6) is GRANTED, in part, and DENIED, in part. Mr. Richardson's claims arising before December 6, 2014, are DISMISSED, with prejudice. Mr. Richardson may proceed on his remaining claims against Defendants Kelley and Griffin.

IT IS SO ORDERED, this 26th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE