## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**EVERY RICHARDSON,**                                                          **PLAINTIFF**
**ADC #139311**

**V.**                          **CASE NO. 5:17-CV-335-JM-BD**

**WENDY KELLEY and**
**RORY GRIFFIN**                                                            **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation")
from Magistrate Judge Beth Deere. After carefully considering the Recommendation and
the timely objections, and after a *de novo* review of the record, the Court concludes that
the Recommendation should be, and hereby is, approved and adopted as this Court's
findings in all respects.

Defendants' motion for partial summary judgment (docket entry #21) is
GRANTED.

IT IS SO ORDERED, this 3rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE