IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EVERY RICHARDSON,
ADC #139311                                                                               PLAINTIFF

V.                  CASE NO. 5:17-CV-335-JM-BD

WENDY KELLEY and
RORY GRIFFIN                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (docket entry #33) is GRANTED and Mr. Richardson's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 25th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE