IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EVERY RICHARDSON,
ADC #139311                                                                                           PLAINTIFF

V.                              CASE NO. 5:17-CV-335-JM-BD

WENDY KELLEY and
RORY GRIFFIN                                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 25th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE